RECEIVED
JAN 0 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H SHEMWELL, CLERK
DATE 2/21/07

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **BOLONSAY WAWA MONDJO** <br> **A 097-685-244** | **CIVIL ACTION NO. 06-2382** <br> **SECTION P** |
| VS. | JUDGE DOHERTY |
| **MICHAEL CHERTOFF, ET AL** | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of habeas corpus [doc. 1] be **DENIED** and **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that petitioner's Motion for Stay of Deportation Order [doc. 2] likewise be **DENIED** and **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED,** in chambers, at Lafayette, Louisiana, on the _____ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 2/21/09
BY
TO